RECEIVED
FEB - 2 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| TERRY GOULD | * | CIVIL ACTION NO. 16-CV-01213 |
| | * | |
| VERSUS | * | JUDGE DEE D. DRELL |
| | * | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | * * | MAGISTRATE JUDGE PEREZ MONTES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

_ALEXANDRIA_, Louisiana this 2ND day of _February_, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE